No. 86–5265. GUILLEN-SILVA v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 86–5270. CREWE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5278. SAMM v. PLAZA WEST COOPERATIVE ASSN., INC. Ct. App. D. C. Certiorari denied.

No. 86–5279. WILDER v. CITY OF RICHMOND, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 86–5286. FISHER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5288. STATON v. LUKHARD, COMMISSIONER OF THE VIRGINIA DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5293. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5313. SAIKALI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5315. BURNS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5322. BERRY v. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5325. BENAVIDES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5331. LEHMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5332. SPEAR v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–5335. BARKSDALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.